MARY A. MARTENHOFF and Another, as Administrators, etc., of JOHN H. MARTENHOFF, Deceased, Respondents, v. HERBERT WILKEN and Others, Appellants. MARY A. MARTENHOFF and Another, as Administrators, etc., of RUTH MARTENHOFF, Deceased, Respondents, v. HERBERT WILKEN and Others, Appellants.— Defendants have appealed from judgments against them in plaintiffs' favor. The actions are in negligence. The jury found that both defendants were negligent and the evidence sustains that finding On cross-examination of a witness for plaintiffs, one of defendants' counsel asked the following question and received the following answer: " Q. Do you know a young man from my office by the name of Hildebrand? A. There was a young fellow came down from the insurance, he said. I don't know what his name was." Plaintiffs' counsel immediately moved to strike the answer out. The court granted the application and directed the jury to disregard the answer. One of the defendants moved to withdraw a juror because of the answer and that motion was denied by the trial judge. There was no abuse of discretion by the trial judge in such ruling. Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CHARLES PFEIL, Respondent, v. ZADIE BENSON GARDNER, Also Known as ZADIE B. GARDNER, E. VICTOR GARDNER and OTIS ARNOLD GARDNER, Appellants. — Foreclosure of three real estate mortgages. The defense is usury. The official referee has found the payments made voluntarily by the mortgagor to the mortgagee. The evidence sustains the finding. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of MORRIS SASSO, Petitioner, for a Certiorari Order against NEW YORK STATE LIQUOR AUTHORITY, Composed of EDWARD P. MULROONEY, Chairman, EDWARD SCHOENECK and Others, Commissioners, Respondents.— This is a certiorari proceeding to review the action of the State Liquor Authority canceling the petitioner's restaurant wine license after hearings upon charges. An examination of the record discloses sufficient evidence to sustain the determination of the respondents. Determination unanimously confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JESSE B. VINEHOUT, Appellant, v. ROBERT HOWARD, Respondent.—Appeal by the plaintiff from a judgment, in a personal injury action, entered upon a no-cause verdict. The plaintiff and the defendant were the only witnesses. From their evidence there was a question of fact as to the defendant's negligence. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.